

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
RESTITUTO EMBUSCADO,

                Plaintiff,

      -against-

DC COMICS, WARNER BROS. ENTERTAINMENT
COMPANY, INC., and TIME WARNER, INC.,
                Defendants.
--------------------------------------------------------------X

07 **CIVIL** 2813 (CM)(DFE)
07 **CIVIL** 4631 (CM)(DFE)
**JUDGMENT**

     Whereas on January 10, 2008, the Honorable Douglas F. Eaton, United States Magistrate

Judge, having issued a Report and Recommendation (the "report") recommending that the Court

dismiss both of the above-listed lawsuits, and the matter having come before the Honorable Colleen

McMahon, United States District Judge, and the Court, on February 6, 2008, having rendered its

Memo Endorsed Order adopting the report and dismissing both cases (07 Civ. 2813 (CM) and 07

Civ. 4631 (CM)) with prejudice, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memo Endorsed Order dated February 6, 2008, the report is adopted and both cases (07 Civ.

2813 (CM) and 07 Civ. 4631 (CM)) are dismissed with prejudice; accordingly, these cases are

closed.

**Dated:** New York, New York
       February 8, 2008

                    **J. MICHAEL McMAHON**

                    _____
                    **Clerk of Court**

        **BY:**

                    _____
                    **Deputy Clerk**

                THIS DOCUMENT WAS ENTERED
                ON THE DOCKET ON _____